**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:10CR316** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **VICTORIA ZOLTOWSKI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Victoria Zoltowski (Zoltowski) for a release from detention (Filing No. 20). After reviewing the Pretrial Services report, and Zoltowski's criminal and substance abuse history, the motion for release (Filing No. 20) is denied.

**IT IS SO ORDERED.**

DATED this 6th day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge